

# Fourth Court of Appeals
## San Antonio, Texas

December 13, 2018

No. 04-18-00924-CR

Rudy **DELGADO**, **SR**.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 12-07-0141-CRA
Honorable Russell Wilson, Judge Presiding

## O R D E R

Leticia Murillo Escamilla's notification of late record is hereby GRANTED. The reporter's record is due January 7, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of December, 2018.

_____
Keith E. Hottle
Clerk of Court